**Order entered August 28, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00230-CV

**GREAT AMERICAN LLOYDS INSURANCE COMPANY, ET AL., Appellants**

**V.**

**VINES-HERRIN CUSTOM HOMES L.L.C., ET AL., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-03-6903**

## ORDER

We **GRANT** appellants' August 26, 2015 unopposed motion for an extension of time to file a reply brief. Appellants shall file a reply brief by **OCTOBER 5, 2015**.

/s/     ELIZABETH LANG-MIERS
           JUSTICE